

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00150-CV

**IN THE MATTER OF THE MARRIAGE OF NEWLINDA CHAVARRIA AND ROBERT CHAVARRIA AND IN THE INTEREST OF B.A.A.C. AND A.A.C., CHILDREN**

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 39,287, Honorable Phil N. Vanderpool, Presiding

August 6, 2019

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, Robert Chavarria, proceeding pro se, appeals from a final decree of divorce. Appellant's brief was originally due July 3, 2019, but was not filed. By letter of July 10, 2019, we notified appellant that the appeal was subject to dismissal for want of prosecution if a brief was not received by July 22. To date, appellant has not filed a brief or had any further communication with this Court. Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam